**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

AMAEL FEUILLARD,
*on behalf of himself,*
*FLSA Collective Plaintiffs and the Class,*

               Plaintiff,

v.

LVEB, LLC
    d/b/a PIERRE'S,
and PIERRE JOSEPH WEBER,

               Defendants.

Case No.: 1:21-cv-01079

**RULE 68 JUDGMENT**

---

**WHEREAS**, pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendants LVEB, LLC and Pierre Joseph Weber (collectively, "Defendants"), having offered to allow Plaintiffs Amael Feuillard and Jacqueline Fox (collectively, "Plaintiffs") to take a judgment against them, in the sum of Twenty-Five Thousand Dollars and zero Cents ($25,000.00), inclusive of all costs and attorneys' fees incurred to the date of the offer by Plaintiffs, in accordance with the terms and conditions of Defendants' Rule 68 Offer dated September 28, 2021 and filed as Exhibit A to Docket Number 19;

**WHEREAS**, on October 4, 2021, Plaintiffs' attorney having confirmed Plaintiffs' acceptance of Defendants' Offer of Judgment (Dkt. No. 19);

It is **ORDERED, ADJUDGED, AND DECREED**, that judgment is entered in favor of Plaintiffs Amael Feuillard and Jacqueline Fox, in the sum of Twenty-Five Thousand Dollars and

zero Cents ($25,000.00), in accordance with the terms and conditions of Defendants' Rule 68 Offer dated September 28, 2021 and filed as Exhibit A to Docket Number 19.

**SO ORDERED:**

Dated: _____**October 5**_____, 2021
       New York, New York

**s/ LaShann DeArcy Hall**
       U.S.D.J.