UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
AMAEL FEUILLARD, on behalf of himself,
FLSA Collective Plaintiffs and the Class,

                                                                               JUDGMENT

                        Plaintiff,                                    21-cv-01079 (LDH)

    v.

LVEB, LLC d/b/a PIERRE'S, and
PIERRE JOSEPH WEBER,

                        Defendants.
---------------------------------------------------------------X

       A notice of acceptance of a Rule 68 Offer of Judgment having been filed on October 4, 2021; and Defendants LVEB, LLC and Pierre Joseph Weber, having offered to allow judgment in this action to be taken against them and in favor of Plaintiffs Amael Feuillard and Jacqueline Fox in full satisfaction of all claims asserted by Plaintiffs against Defendants, for the total amount of TWENTY FIVE THOUSAND DOLLARS AND ZERO CENTS ($25,000.00), inclusive of all costs and attorneys' fees incurred to the date of this offer by Plaintiffs, in full and final settlement of all claims of Plaintiffs arising out of or related to the facts and transactions alleged in the above-captioned action and any and all claims that were or could have been asserted in connection with their employment with or termination from Defendants; and an Order of the Honorable LaShann DeArcy Hall, United States District Judge, having been filed on October 5, 2021, directing the Clerk of Court to enter judgment; it is

       ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiff Amael Feuillard and Jacqueline Fox and against Defendants LVEB, LLC and Pierre Joseph Weber in the sum of Twenty-Five Thousand Dollars and zero Cents ($25,000.00), in accordance with the

terms and conditions of Defendants' Rule 68 Offer dated September 28, 2021 and filed as

Exhibit A to Docket Number 19.

Dated: Brooklyn, New York  Douglas C. Palmer
       October 6, 2021  Clerk of Court

                                      By:   */s/Jalitza Poveda*
                                                Deputy Clerk